# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-50876
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM HARRIS JONES,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:14-CR-90-1

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

William Harris Jones, federal prisoner # 28772-298, who was convicted of attempted coercion and enticement of a minor to engage in sexual activity, moves for leave to proceed in forma pauperis (IFP) on appeal. He seeks to appeal from the district court's denial of his motion "to reverse 'void' federal judgment to correct a 'manifest injustice,'" which the district court construed as a petition for a writ of coram nobis.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50876

Jones remains in custody.   Accordingly, the district court correctly determined that the writ of coram nobis is not available to him.  *See United States v. Hatten*, 167 F.3d 884, 887 n.6 (5th Cir. 1999).

Because the appeal lacks arguable merit and is therefore frivolous, Jones's motion for leave to proceed IFP on appeal is DENIED, and his appeal is DISMISSED as frivolous.  *See Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.